IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY L. BLANKENSHIP, ) | |
| ) | |
| Plaintiff, ) | 4:06cv3117 |
| ) | |
| vs. ) | MEMORANDUM AND ORDER |
| ) | |
| DR. BAGLEY, et al., ) | |
| ) | |
| Defendants. ) | |

The undersigned Magistrate Judge has received notice that Matthew T. Knoblauch, Esq., of Knoblauch Law Office, has agreed to a court-appointment to represent the plaintiff, Gary L. Blankenship, a prisoner, as Mr. Blankenship's attorney in the above-entitled case. Therefore, with the concurrence of Chief Judge Joseph F. Bataillon, filing no. 15, the plaintiff's Motion for Appointment of Counsel, is granted.

THEREFORE, IT IS ORDERED:

1. That filing no. 15, the plaintiff's Motion for Appointment of Counsel, is granted, and Matthew T. Knoblauch, Esq. is appointed to represent the plaintiff as his attorney in the above-entitled litigation;

2. That within fifteen (15) days of the date of this Order, Mr. Knoblauch shall enter an appearance in this case and shall contact the plaintiff to make arrangements to confer in person or by telephone with the plaintiff; if Mr. Knoblauch experiences any difficulty obtaining access to his client, he may file an ex parte motion or report with the court;

3. That Mr. Knoblauch is appointed to assist the plaintiff for all purposes in connection with this litigation, including, without limitation, amending the pleadings, filing motions, responding to motions, conducting such discovery as may be necessary, and retaining such witness(es) as may be needed;

4. That Mr. Knoblauch shall prepare such advance "Application(s) for Authorization to Incur Expenses" and "Request(s) for Reimbursement" as may be appropriate to obtain reimbursement for litigation costs payable from the Federal Practice Fund in accordance with NEGenR 1.2(i), 1.7(g) and the Plan for Administration of the Federal Practice Fund (posted on the court's website at *http://www.ned.uscourts.gov/fpo /crtplans/crtplans.html*); and

     5.    That the Clerk of Court shall send a copy of this Memorandum and Order to the parties and to Mr. Knoblauch.

     DATED this 1st day of September 2006.

                                BY THE COURT:


                                s/ F. A. GOSSETT
                                United States Magistrate Judge