IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY L. BLANKENSHIP, | |
| Plaintiff, | 4:06cv3117 |
| vs. | MEMORANDUM AND ORDER |
| DR. BAGLEY, et al., | |
| Defendants. | |

This matter is before the court on the following pending motions filed by the plaintiff Gary L. Blankenship: (1) filing no. 9, the plaintiff's Motion to Amend Other Writs of Mandamus; (2) filing no. 11, the plaintiff's Motion for Leave to Amend; (3) filing nos. 14, 20 and 24, the plaintiff's Motions for Writ of Mandamus; (4) filing no. 16, the plaintiff's Motion or Complaint about Dr. Bagley denying the plaintiff needed names and writing materials; (5) filing no. 26, the plaintiff's Blessed Request to add an exhibit; (6) filing no. 27, the plaintiff's Request to add an exhibit; and (7) filing no. 31, the plaintiff's Request to Amend. The plaintiff filed all of the foregoing motions pro se.

On September 21, 2006 (filing no. 21), Matthew T. Knoblauch, Esq. entered an appearance as the plaintiff's attorney after having been appointed by the court to represent the plaintiff.  Two of the motions filed by the plaintiff pro se will be granted, i.e., filing nos. 26 and 27, in which the plaintiff requested leave to add exhibits.  The remaining motions filed by the plaintiff pro se (filing nos. 9, 11, 14, 16, 20, 24 and 31) before and after his attorney's appearance in the case will be denied, without prejudice to reassertion by the plaintiff's attorney if the attorney sees fit.  Under the court's rules, once an attorney has

been appointed by the court, the represented party may no longer file pleadings and motions pro se but must communicate with the court through his or her attorney. Thus, if the plaintiff wishes to communicate with the court, he must send his documents to his attorney. Mr. Knoblauch is requested to provide the plaintiff with some stamped self-addressed envelopes so that the plaintiff may send papers to his attorney as needed.

THEREFORE, IT IS ORDERED:

1. That filing no. 26, the plaintiff's Blessed Request to add an exhibit, and filing no. 27, the plaintiff's Request to add an exhibit, are granted;

2. That filing nos. 9, 11, 14, 16, 20, 24 and 31, the plaintiff's remaining pro se motions, are denied without prejudice to reassertion by the plaintiff's attorney in the attorney's discretion;

3. That the plaintiff is instructed to communicate with the court through his attorney instead of filing pleadings and motions directly with the court; and

4. That the plaintiff's attorney is requested to provide the plaintiff with a reasonable number of stamped, self-addressed envelopes so that the plaintiff may send papers to his attorney as needed, and the attorney may bill the court for those expenses in addition to the fee payable in this matter by the court.

DATED this 16th day of February, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge