IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY L. BLANKENSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3117 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| DR. BAGLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Matthew T. Knoblauch, Esq., of Knoblauch Law Office, has been appointed by the court to represent the plaintiff, Gary L. Blankenship, as his attorney in the above-entitled case (filing no. 19), and Mr. Knoblauch has entered his appearance (filing no. 21). Pursuant to the court's policies and practice, Mr. Knoblauch shall be compensated for his representation of the plaintiff in the same manner as the court previously compensated a "contract attorney," utilized for that purpose, even though such contract is no longer in effect. The attorney fee, net of expenses, shall be $2,000.

THEREFORE, IT IS ORDERED:

1. That the Clerk of Court shall immediately pay the sum of $1,000 to Matthew T. Knoblauch, Esq. based upon his entry of appearance;

2. That the second and last $1,000 installment of Mr. Knoblauch's fee shall become due and payable upon the entry of judgment in the district court or upon an order by the court terminating Mr. Knoblauch as the plaintiff's attorney;

3. That Mr. Knoblauch may incur reasonable expenses in his representation of the plaintiff in accordance with the Amended Plans for Administration of the Federal

Practice Fund and the Federal Practice Committee, III(A) and VI(C), (E)-(I); NEGenR 1.2(I) and 1.7(g) and NECivR 54.4 (see generally *http://www.ned.uscourts.gov/fpo/crtplans/crtplans.html*);

      4.      That if this suit results in an award of attorney's fees pursuant to 42 U.S.C. § 1988, Mr. Knoblauch shall reimburse the Federal Practice Fund from that award for the lesser amount of (a) the attorney's fee and expenses authorized in this order or (b) the attorney's fee and expenses awarded pursuant to 42 U.S.C. § 1988, and he shall retain the greater of those two amounts.

      DATED this 15th day of March, 2007.

                                               BY THE COURT:

                                               s/ Joseph F. Bataillon
                                               JOSEPH F. BATAILLON
                                               Chief District Judge