IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY L. BLANKENSHIP, | ) | Case No. 4:06CV3117 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| | ) | |
| JOHN BAGLEY AND JOHN | ) | |
| CASEBOLT, | ) | |
| | ) | |
| Defendants. | ) | |

The parties to this action, by and through their respective counsel of record, have stipulated to allowing contents of the Plaintiff's institutional inmate file to be subject to inspection by the Plaintiff's counsel of record, Matthew T. Knoblauch, #21500. (Filing No. 53).

It is hereby ordered that Plaintiff's inmate file is to be made available for review by Plaintiff's counsel at the DCS institution where the documents are housed at counsel's convenience by appointment with Defendants' Counsel.

Any portion of the Plaintiff's inmate file copied and taken by or provided to Plaintiff's counsel shall not be disclosed by Plaintiff's counsel to any other person, and shall not be used by Plaintiff, or his counsel, for any purpose other than the instant litigation, except upon further order of the Court.

DATED this 7th day of May, 2007.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge