**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **GARY L. BLANKENSHIP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 4:06CV3117 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOHN BAGLEY and JOHN CASEBOLT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court after reassignment of this case. **See** Filing No. 61.

A telephone planning and status conference will be held with Magistrate Judge Thomas D. Thalken on **July 18, 2007, at 10:30 a.m. Central Daylight Time** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Counsel for the plaintiff shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 10th day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge