# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY L. BLANKENSHIP, ) | |
| ) | 4:06CV3117 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOHN BAGLEY, et al., ) | |
| ) | |
| Defendant. ) | |

The parties appeared before the court on November 20, 2007, and requested a continuance of the final pretrial conference. The request will be granted.

**IT IS ORDERED:**

1. The parties' oral request to continue the final pretrial conference is granted.

2. **The Final Pretrial Conference** with the undersigned magistrate judge is set for **December 10, 2007 at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties.

3. If not previously filed, counsel will bring their trial briefs and proposed findings of fact and conclusions of law with them to the final pretrial conference .

4. Counsel will bring the judge's copies of the exhibit notebook and deposition notebook with them to the final pretrial conference.

5. Trial remains scheduled for December 17, 2007, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon.

DATED this 20th day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge