FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

DEC 10 2007

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY L. BLANKENSHIP, | ) | |
| | ) | 4:06CV3117 |
| Plaintiff, | ) | |
| | ) | |
| | ) | TRANSPORTATION |
| JOHN BAGLEY AND | ) | ORDER |
| JOHN CASEBOLT, | ) | |
| | ) | |
| Defendants. | ) | |

This case is set for trial before the Honorable Joseph F. Bataillon in the United States Federal District Court, at the Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska, commencing on December 17, 2007 at 9:00 a.m. In accordance with any departmental security requirements, the officials of the Nebraska Department of Correctional Services are directed to produce the concerned inmate for said hearing on the following date at the hour indicated:

**INDIVIDUAL TO BE PRODUCED:**         **DATE/TIME:**
GARY BLANKENSHIP, #29833              DECEMBER 17, 2007 8:45 A.M.

**IT IS SO ORDERED.**

Dated this 10th day of December, 2007.

BY THE COURT:

Thomas D. Thalken
United States Magistrate Judge