## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY L. BLANKENSHIP, | ) | |
| | ) | 4:06CV3117 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN BAGLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint motion for a continuance of the trial date (Filing No. 80).  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.     The parties' joint motion for a continuance of the trial date (Filing No. 80) is granted.

2.     Trial of this matter is continued to **February 19, 2008 at 8:30 a.m.** before the Honorable Joseph F. Bataillon, in Omaha, Nebraska.

DATED this 12th day of December, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge