## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GARY L. BLANKENSHIP,** | ) | |
| | ) | **4:06CV3117** |
| **Plaintiff,** | ) | |
| | ) | **TRANSPORTATION** |
| | ) | **ORDER** |
| **JOHN BAGLEY AND** | ) | |
| **JOHN CASEBOLT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This case is set for trial before the Honorable Joseph F. Bataillon in the United States Federal District Court, at the Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska, commencing on February 19, 2008 at 8:30 a.m.  In accordance with any departmental security requirements, the officials of the Nebraska Department of Correctional Services are directed to produce the concerned inmate for said hearing on the following date at the hour indicated:

**INDIVIDUAL TO BE PRODUCED:**                    **DATE/TIME:**

**GARY BLANKENSHIP, #29833**                **February 19, 2008 at 8:00 a.m.**

**IT IS SO ORDERED.**

Dated this 6th day of February, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge